**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br>*Plaintiff-Appellant*,<br><br>v.<br><br>DAVID YAMASAKI, in his official capacity as Court Executive Officer/Clerk of the Orange County Superior Court,<br>*Defendant-Appellee*. | Nos. 17-56331<br>18-56216<br><br>D.C. No.<br>8:17-cv-00126-AG-KES<br><br>ORDER |

Appeal from the United States District Court
for the Central District of California
Andrew J. Guilford, District Judge, Presiding

Argued and Submitted June 28, 2018[*]
Pasadena, California

Filed February 24, 2020

Before: Kim McLane Wardlaw, N. Randy Smith,
and Mary H. Murguia, Circuit Judges.

Order

---

[*] The panel unanimously concludes that case number 18-56216 is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

**SUMMARY**[**]

**Civil Rights**

The panel vacated the district court's preliminary injunction order, summary judgment order, and order entering final judgment, and remanded the case for further proceedings consistent with this court's opinion in *Courthouse News Service v. Planet*, 947 F.3d 581 (9th Cir. 2020), which had affirmed in part and reversed in part the district court's summary judgment in favor of the Courthouse News Service in its action seeking immediate access to newly filed civil complaints from Ventura County Superior Court.

**COUNSEL**

Rachel Matteo-Boehm (argued), Roger Myers, Katherine Keating, and Jonathan G. Fetterly, Bryan Cave LLP, San Francisco, California, for Plaintiff-Appellant.

Robert A. Naeve (argued) and Cary D. Sullivan, Jones Day, Irvine, California; Nathaniel P. Garrett, Jones Day, San Francisco, California; for Defendant-Appellee.

Caitlin V. Vogus (argued), Bruce D. Brown, and Gregg P. Leslie, The Reporters Committee for Freedom of the Press, Washington, D.C., for Amici Curiae The Reporters Committee for Freedom of the Press and 31 Media Organizations.

---

[**] This summary constitutes no part of the opinion of the court. It has been prepared by court staff for the convenience of the reader.

Natasha Breaux, Haynes and Boone LLP, Houston, Texas; Mary-Christine Sungaila and Marco A. Pulido, Haynes and Boone LLP, Costa Mesa, California; for Amici Curiae Orange County Bar Association, Family Violence Appellate Project, National Association of Women Lawyers, Public Law Center, Legal Aid Society of Orange County, and Veterans Legal Institute.

## ORDER

The district court's preliminary injunction order, summary judgment order and order entering final judgment are vacated, and the case is remanded for further proceedings consistent with this court's opinion in *Courthouse News Service v. Planet*, 947 F.3d 581 (9th Cir. 2020). All pending motions are denied as moot. Each party shall bear its own costs.

This order shall serve as the mandate in this appeal.